Case 1:21-mj-00335-GMH Document

Case: 1:21−mj−00335
Assigned To : Harvey, G. Michael
Assign. Date : 3/24/2021
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Matthew Hughes, is a Special Agent assigned to Detroit Division, Federal Bureau of Investigation. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Anthony Williams, of Southgate, Michigan, was initially identified as being in the United States Capitol Building on January 6, 2021, by an online tip provided to the FBI. The tip identified Anthony Williams by name, stated Williams lives in Michigan and included screenshots of Williams' Facebook posts. The individual providing the tip was interviewed telephonically and he provided descriptions of posts showing Williams inside the Capitol Building but stated he was unable to provide screenshots as they had been deleted. Using the images provided by the tip showing the display name of Anthony R. Williams, law enforcement was able to locate a profile under the same name Anthony R. Williams with posts matching those provided in the tip was identified. The profile name within the URL for Facebook was identified as Mr.Anthony.R.Williams with the user identification number of 1220550733.





DMV records for Williams contained a driver's license photo consistent with the photos provided by the tip identifying Williams at the Capitol. Law enforcement subsequently obtained records from the Facebook account, as detailed below.

Law enforcement obtained records showing a phone number ending in -2925 was located inside the Capitol Building on January 6, 2021. Subscriber records attribute this number to "Anthony Williams." The email address vangopainting@yahoo.com was additionally identified in conjunction with the phone number.

Law enforcement also obtained records from the Facebook account associated with Williams (Username Mr.Anthony.R.Williams). These records include pictures inside the Capitol likely taken on a device that Williams held inside the Capitol Building, as well as videos showing him inside the Capitol Building. These images are cited below. In the videos, among other things, Williams discussed his success in entering the building, saying "desperate times call for desperate measures." He also poses next to and around statues and in other areas of the Capitol.







In a second video taken outside of the Capitol, Williams discusses how he and others "stormed" the Capitol and "pushed back the cops." He also discussed that the police used pepper spray. Williams claimed that ". . . we took this fucking building." A still shot of that video is below. The pictures and videos appear to have been taken using a device carried by Williams.



Facebook returns yielded several posts below indicating Williams' intent to travel to Washington D.C. to "storm the swamp", stating "yep, we pissed and we coming to Congress" and to "[b]e prepared to #FightBack." On January 5, 2021, Williams posted his location as Bedford County, Pennsylvania with the caption "Operation Storm the Swamp", matching a post sent in a screenshot from the previously identified tip. In a message to another Facebook user, Williams identifies himself as an "Operation Storm Swamp Veteran" following the events of January 6, 2021.

```
Time     2020-12-30 17:21:10 UTC
Type     Comments
Summary  Anthony R. Williams commented on a post from December 30, 2020. "Hitting DC in
         the 5-7th..you should pop thru! We gonna Storm the Swamp"
Object Id S:_l1220550733:1478823292320187:32


Time     2020-11-13 11:39:43 UTC
Type     Photos
Summary  Every lie will be revealed.  "Americans" who participated in fraudulent scheme to
         overthrow our duly elected President are TRAITORS.  China orchestrated the attack,
         and will pay severely for their transgression.  American is a nation under a just God.
         Be prepared to #FightBack  #HOLDTHELINE #Trump2020 #NoRetreatNoSurrender
Object Id S:_l1220550733:10219070443091570


Time     2020-12-29 00:16:28 UTC
Type     Comments
Summary  Anthony R. Williams commented on a post from December 28, 2020. "yep, we pissed
         and we comin to Congress. #MidnightRiders  #StormTheSwamp in DC Jan 5-7"


Author   Anthony R. Williams (Facebook: 1220550733)
Sent     2021-01-09 01:35:24 UTC
Body     Operation Swamp Storm Veteran now lol modern day tea party.
         Was proudest day of my life lol felt like the founding fathers were
         smiling down on us in that room,  and I guarantee my dad and
         gramps, both vets,  would be proud.
```

The returns from the Facebook subscriber information showed identifiers known to be attributed to Anthony Williams. The phone number attributed to the account ending in -2925 and is registered to Anthony Williams according to database information. A previously identified email address, vangopainting@yahoo.com, was linked to the account in the subscriber information.

Based on the foregoing, your affiant submits that there is probable cause to believe that Anthony Williams violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Your affiant submits there is also probable cause to believe that Williams violated 40 U.S.C. § 5104(e)(2)(D) and 40 U.S.C. § 5104(e)(2)(G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Your affiant submits there is probable cause to believe that Williams violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings. Finally, your affiant submits there is probable cause to believe that Williams violated 18 U.S.C. Section 2, which makes it a crime to aid or abet the commission of another crime through counsel, command, induction or procurement.

_____
Matthew Hughes
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of March 2021.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE