AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Anthony Robert Williams<br><br>*Defendant* | )<br>)  Case: 1:21-mj-00335<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 3/24/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Anthony Robert Williams,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Official Proceedings ;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. §§ 1752(a)(1) and (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority.

Date:  03/24/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.24 16:53:29 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/24/2021, and the person was arrested on *(date)* 3/26/2021
at *(city and state)* Detroit, Michigan.

Date: 3/26/2021

*Arresting officer's signature*

Matthew Hughes, Special Agent
*Printed name and title*